JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN TORAL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERSTATE HOTELS & RESORTS, INC.,<br><br>        Defendant. | Case No.  2:14-CV-09922-BRO-MRW<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based on the Joint Stipulation for an Order Dismissing Entire Action with Prejudice filed in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-captioned case be and hereby is dismissed with prejudice as to all claims and causes of action in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court retains jurisdiction to enforce the Parties' settlement agreement in this matter.

2. Each party shall each bear its/his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
THE HONORABLE
BEVERLY REID O'CONNELL
JUDGE OF THE UNITED STATES
DISTRICT COURT

Firmwide:134775901.1 019369.1295